AO ___ Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG |
| V. | |
| Johnson, Adrian Kevon | Case Number: 4:18-cr-00101-01-PSH |
| | USM Number: 26315-078 |
| Date of Original Judgment: 4/30/18 (Or Date of Last Amended Judgment) | Chris Tarver Defendant's Attorney at Sentencing |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 20, 2023
Tammy H. Downs, Clerk
By: CrystalNewton D.C.
DEP CLERK

Upon motion of ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of 6 months is reduced to 4 months.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): 4
  Criminal History Category: VI
Previous Guideline Range: 6 to 12 months

Amended Offense Level: 4
  Criminal History Category: V
Amended Guideline Range: 4 to 10 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence is consecutive to his sentence in E.D. Texas Case No. 1:16-cr-00035-2

Except as provided above, all provisions of the judgment dated 4/30/18 shall remain in effect.

**IT IS SO ORDERED.**

11/20/23
Order Date

_____
Signature of Judge

February 1, 2024
Effective Date (if delayed)

U.S. Magistrate Judge Patricia S. Harris
Name and Title of Judge